# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CALVIN E. BRACKBILL,** | : | CIVIL ACTION NO. 1:17-CV-1046 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **STEPHEN RUFF, GREGORY A. HILL, IAN L. DAWSON, TYRON E. MEIK, and CITY OF HARRISBURG, PA,** | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 15th day of September, 2017, upon consideration of defendants' motion (Doc. 12) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed August 14, 2017, and further upon consideration of plaintiff's amended complaint (Doc. 16) filed September 14, 2017, and the court noting that an amended pleading supersedes the original "in providing the blueprint for the future course of the lawsuit," Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002); see also 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (3d ed. 2015), and the court thus finding that the second complaint renders the original complaint a nullity, it is hereby ORDERED that:

1. Defendants' motion (Doc. 12) to dismiss the complaint (Doc. 1) is DENIED as moot and without prejudice.

2. Defendants shall respond to the amended complaint (Doc. 16) in accordance with the Federal Rules of Civil Procedure.

/S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania