IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CALVIN E. BRACKBILL, | : | Civil No. 1:17-CV-01046 |
| Plaintiff, | : | |
| v. | : | Judge Jennifer P. Wilson |
| STEPHEN J. RUFF, *et al.*, | : | |
| Defendants. | : | Magistrate Judge William I. Arbuckle |

## ORDER

**AND NOW**, on this 31st day of March, 2022, upon consideration of Defendants' motion for summary judgment, Doc. 76, the report and recommendation of Magistrate Judge William I. Arbuckle, Doc. 100, and the parties' responses thereto, Docs. 108, 110, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The court **DECLINES TO ADOPT** the portions of the report and recommendation denying Defendants' motion for summary judgment regarding Plaintiff's claims for false arrest; failure to intervene with respect to Defendant Hill; procedural due process violations/fabricated evidence; state law malicious prosecution; and state law abuse of process. (Doc. 100.) The court **ADOPTS** the remaining portions of the report and recommendation. (*Id.*)

2. Defendants' motion for summary judgment is **GRANTED**. (Doc. 76.)

3. The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania