IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CALVIN BRACKBILL | : | CIVIL ACTION |
| VS. | : | |
| STEPHEN J. RUFF, et al. | : | NO. 1:17-cv-01046-JPW |

**NOTICE OF APPEAL**

    Notice is hereby given that Calvin Brackbill, Palintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on March 31, 2022.

LEVIN & ZEIGER, LLP

Dated: April 6, 2022                       BY: /s/Brian J. Zeiger, Esquire

Brian J. Zeiger, Esquire
Identification # 87063
1500 JFK Blvd, Suite 620
Philadelphia, PA 19102
215-546-0430 phone
215-279-8702 fax
zeiger@levinzeiger.com

## Certificate of Service

      I, Brian J. Zeiger, Esquire, hereby state that I am the attorney for the Plaintiff in this action and certify that I have on this date served this Notice of Appeal on the following via ecf:

Honorable Jennifer P. Wilson
Honorable William I. Arbuckle
Frank J. Lavery , Jr., Esquire
Elizabeth Kramer, Esquire

April 6, 2022                                                              /s/Brian J. Zeiger
DATE                                                                     BRIAN J. ZEIGER, Esquire